## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| ERIN LEIGH DOWNUM, ) | Case No. 18-14916 -SAH |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ———————————————— ) | |
| ) | |
| THE GREENS COUNTRY CLUB, LLC, ) | Adv. Pro. |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIN LEIGH FITZGERALD AKA ) | |
| ERIN LEIGH DOWNUM, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT OBJECTING TO THE DISCHARGEABILITY
### OF INDEBTEDNESS (11 U.S.C. §523(a)(2)(A))

COMES NOW, The Greens Country Club, LLC, Plaintiff ("Greens") by and through its attorney of record, Bruce F. Klein of Bruce F. Klein, PLLC, to allege and complain as follows:

### I. PARTIES, JURISDICTION AND VENUE

1. Plaintiff is an LLC formed under the laws of the State of Oklahoma and otherwise is entitled to bring this action.

2. Defendant, Erin Leigh Fitzgerald aka Erin Leigh Downum ("Fitzgerald") filed a Chapter 7 bankruptcy petition on November 28, 2018.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. §157, 28 U.S.C. §1334, and 11 U.S.C. §523; and this proceeding is a core matter.

4. Greens is a creditor in Fitzgerald's bankruptcy proceeding.

5. Greens consents to entry of final orders or judgment by the Bankruptcy Court.

Fed. R. Bankr. P. 7008.

## II. CAUSE OF ACTION

6.   Greens re-alleges and incorporates by reference the allegations set forth in paragraphs 1-5, above.

7.   On June 29, 2018, Fitzgerald executed and delivered a Membership Application ("Application") to the Greens wherein the Greens agreed to provided Fitzgerald with a Social with Pool Membership, Account F0330.  Application attached as **Exhibit 1.**

8.   On June 29, 2018, Fitzgerald executed and delivered a Membership Loyalty Addendum ("Addendum") to the Greens wherein the Greens agreed to waive a non-refundable Initiation Fee of $1,000.00 ("Initiation Fee") as long as Fitzgerald remained in good standing for a twelve (12) month period and paid monthly dues as a Social with Pool Member for twelve (12) consecutive months.  Addendum attached as **Exhibit 2.**

9.   Regarding Fitzgerald's Account F0330, between June 29, 2018 and August 31, 2018, Fitzgerald charged $3,537.24 of food and liquor at the Greens.  Greens' statements for Fitzgerald's Account F0330 attached as **Exhibit 3.**

10.   On or about August 24, 2018, Fitzgerald forwarded to the Greens a check in the amount of $144.16, which check was returned on September 5, 2018 for not-sufficient funds in Fitzgerald's bank account.

11.   On September 19, 2018, and as a result of Fitzgerald's default in the Addendum, the Greens added the defaulted Initiation Fee in the amount of $1,086.25, including tax, and accelerated the eleven (11) months of defaulted dues from September, 2018 through July, 2019, in the amount of $1,493.60, including tax.

12.   As of September 19, 2018, Fitzgerald incurred charges for food and liquor, dues,

the defaulted Initiation Fee and late fees on her Account F0330 totaling $6,265.87.

13. On September 19, 2018, the Greens terminated Fitzgerald's Membership for non-payment of dues and charges.

14. As of November 28, 2018, the date the bankruptcy petition was filed, Fitzgerald owed the Greens the amount of $6,265.87, the same amount she owed the Greens on September 19, 2018.

15. By obtaining and/or accepting an extension of credit from the Greens and incurring charges on Account F0330, Fitzgerald represented an intention to repay the amounts charged.

16. By executing the Addendum, Fitzgerald represented an intention to timely pay dues for a period of 12 months.

17. The Greens justifiably relied on the representations made by Fitzgerald.

18. Fitzgerald incurred the debts when Fitzgerald had no ability or objective intent to repay them.

19. Fitzgerald obtained credit extended from the Greens by false pretenses, false representations and/or actual fraud.

20. As a result of Fitzgerald's conduct, the Greens has suffered damages in the amount of $6,265.87.

21. Pursuant to 11 U.S.C. §523(a)(2)(A), Fitzgerald should not be granted a discharge of this debt to the Greens in the amount of $6,265.87.

### 111. PRAYER FOR RELIEF

**WHEREFORE,** the Greens prays that this Court grant the following relief:

1. A monetary judgment against Fitzgerald in the amount of $6,265.87, plus pre-

judgment interest which will accrue until the date of judgment, and post-judgment interest at the Federal rate allowed by law;

    2.    An Order determining that such debt is non-dischargeable under 11 U.S.C. §523(a)(2)(A);

    3.    An Order awarding the Greens such additional relief as this Court deems just and equitable.

    Respectfully submitted,

/s/Bruce F. Klein
Bruce F. Klein, OBA #11389
BRUCE F. KLEIN, PLLC
222 N.W. 13th Street
Oklahoma City, OK  73103
Phone: (405) 606-4448
Facsimile: (405) 523-2108
bruce@bfkleinlaw.com
ATTORNEY FOR THE GREENS
COUNTRY CLUB, LLC