## CANDIDATE INFORMATION

☐ Mr.   ☐ Mrs.   ☒ Ms.   ☐ Dr.

Primary Member: Erin Fitzgerald

Preferred Name: _____ Jr. Sr. Other _____ Date of Birth: [redacted]

Home Address: 2700 NW 62nd

City: OKC   State: OK   Zip: 73112

Home Phone: _____   Mobile Phone: 405-[redacted]

Marital Status: ☒ Single   ☐ Married   Wedding Anniversary Date (with year): _____

Social Security #: [redacted]   Driver's License #: [redacted]   State: _____

Business Name: _____   Type of Business: _____

Title: _____   Length of Employment _____ (yrs)

Business Address: _____

City: _____   State: _____   Zip: _____

Business Phone: _____

Please send emails to this address: [redacted]@icloud.com

---

Secondary Member: _____   ☐ Mr.   ☐ Mrs.   ☐ Ms.   ☐ Dr.

Preferred Name: _____ Jr. Sr. Other _____ Date of Birth: _____

Social Security #: _____   Driver's License #: _____   State: _____

Business Name: _____   Type of Business: _____

Title: _____   Length of Employment _____ (yrs)

Business Address: _____

City: _____   State: _____   Zip: _____

Business Phone: _____   Mobile Phone: _____

Please send emails to this address: _____

---

**DEPENDENT INFORMATION** (Unmarried children under 21 (or under 23 attending college) residing with Candidate.)

| Name(s) | Date of Birth | | Charge Privileges |
|---|---|---|---|
| | | ☐ Son  ☐ Daughter | ☐ Yes  ☐ No |
| | | ☐ Son  ☐ Daughter | ☐ Yes  ☐ No |
| | | ☐ Son  ☐ Daughter | ☐ Yes  ☐ No |
| | | ☐ Son  ☐ Daughter | ☐ Yes  ☐ No |

**EXHIBIT 1**

**REFERENCES**

Our Member sponsor is: ~~[redacted]~~     Phone _____

Co-sponsor (if applicable): _____ Phone _____

Other personal references (can be non-Member):

Name _____ Address _____ Phone _____

Name _____ Address _____ Phone _____

**MEMBERSHIP INFORMATION**

I/We am/are applying for Membership Level: ✓ Social w/ pool

Total Initiation Fee  $ 1000   Current Monthly Dues $ 25— *

Cash or Down Payment  $ 0

Other Non-Cash Credits given at time of application  $ 0   [Identify credits: One month free]

I/We understand no portion of the Initiation Fee is refundable and that this is a nontransferable membership.

\* Plus applicable tax

\*\* Refer to attached promissory note or addendum dated 6/29/18 for additional payments or conditions applicable to satisfaction of the Total Initiation Fee.

**ASSOCIATE CLUB BENEFITS**

*[Please initial YES or NO]*

_____ **YES**, please enroll me/us in the Associate Club Benefits selected below. I/We have reviewed the terms and conditions of the benefits, and I/we agree to those terms and conditions. I/We understand that because I/we am/are choosing to enroll in the Associate Club Benefits at this time, the current upgrade fee(s) for the Associate Club Benefits selected below have been waived. I/We understand that I/we will be subject to payment of additional monthly dues in exchange for the Associate Club Benefits, which may be increased from time to time. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

☐ Signature Gold Unlimited    Current Upgrade Fee $ _____    Current Dues $ _____

_X_ **NO**, I/we am/are not interested in participating in upgraded Associate Club Benefits at this time. I/We understand that if I/we decide to participate in any available upgraded Associate Club Benefits in the future, I/we will be required to pay the then current upgrade fee which is nonrefundable and subject to future increases. Membership currently provides the Associate Bronze benefit. I/We have reviewed the terms and conditions of the Associate Bronze benefit, and I/we agree to those terms and conditions. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

**CONSENT RELEASE:** I give my consent to have any contact information (name, address, phone, email) released to any fellow Greens Member by way of phone or email. I also give consent to have my information featured in The Greens Country Club Membership Directory. *[Please initial YES or NO]*

     Primary Candidate: _X_ Yes _____ No

     Second Candidate: _____ Yes _____ No

**HAVE YOU EVER BEEN CONVICTED OF A SEXUAL OFFENSE OR REQUIRED TO REGISTER AS A SEXUAL OFFENDER?**
*[Please initial YES or NO]*

     Primary Candidate: _____ Yes _X_ No

     Second Candidate: _____ Yes _____ No

**PAYMENT OF MEMBERSHIP ACCOUNT**

I/We would prefer monthly statements sent:   ☒ Home Address   ☐ Business Address   ☐ Email

Payment of Membership Account, including all dues, fees and other applicable charges, is due upon receipt of the monthly statement. If accepted for membership, I/we agree to pay the account in full when due. I/We agree and understand that a late charge up to the maximum amount allowable by law, or other penalties, may be assessed for past-due accounts as provided for in the Bylaws and Rules and Regulations of the Club, as amended from time to time. In addition to late fees, penalties may include, but are not limited to suspension of Club privileges and/or expulsion from membership. I/We further agree to maintain a major credit card account in my/our name on file with the Club at all times. In the event that my/our account becomes more than thirty (30) days past due, Club shall have the right to bill such past due amount to my/our credit card. By signing below, I/we agree to and fully authorize all such charges to credit card account(s) listed below. Payments on delinquent accounts apply first to reduce late charges and accrued dues, then to food and beverage charges, then to any other charges. Any fees assessed for untimely payment of any applicable dues, fees or charges will appear on my/our statement, including any charges made to my/our credit card for payment of same. I/We agree to pay all reasonable attorneys' fees, investigator fees, and costs in the event this account is turned over for collection.

Card Number: ████████████████   Exp. Date: ████   _____ Initial here to authorize your monthly charges to
Cardholder Name: Erin Downum                                                 automatically bill to the listed credit card each month.
Card Issuer: MC      Sec. Code: ████   *Recurring credit cards will be charged on the 5th of the month.

**MEMBERSHIP POLICIES**

If accepted into membership, I/we agree to conform to and be bound by the enrollment terms contained herein, the Bylaws, the Rules and Regulations, and written membership policies of the Club ("Membership Documents") as they may be amended from time to time. I/We further understand that agreeing to be bound by the Membership Documents is a part of my/our agreement for membership privileges with the Club. I/We specifically understand this membership is not divisible. I/We hereby acknowledge receipt of a copy of the Bylaws and the Rules and Regulations of the Club.

I/WE ACKNOWLEDGE THE MEMBERSHIP BYLAWS AND THE RULES AND REGULATIONS PROVIDE THE DETAILS OF THE CLUB'S MEMBERSHIP POLICIES, CONDUCT AND OBLIGATIONS, INCLUDING, BUT NOT LIMITED TO, PROVISIONS IN THE EVENT OF DIVORCE, FOR ARBITRATION OF DISPUTES, RESIGNATION, REDEMPTION OF MEMBERSHIPS, FINANCIAL OBLIGATIONS, DISCIPLINARY ACTION, RELEASE OF LIABILITY FOR PERSONAL INJURY AND THEFT. I/WE HEREBY FULLY RELEASE AND DISCHARGE THE CLUB, ITS EMPLOYEES, AGENTS, SHAREHOLDERS, AFFILIATES AND ASSIGNS FROM ANY LIABILITY, INJURY, LOSS, DAMAGE OR CLAIM ARISING FROM MY/OUR USE OF THE CLUB FACILITIES.

After fulfilling the agreed upon commitment (Membership Loyalty Addendum), Member may resign from the Club at any time by giving a thirty (30) day written notice and returning it to the Membership Director. Resignation shall be effective thirty (30) days from Operator's receipt of the notice. Members wishing to resign must also pay all dues and charges for which they are liable at the time of resignation and shall not thereafter be subject to any further dues or charges.

If accepted into membership in the Club, I/we acknowledge *PRIVATE CLUBS MAGAZINE* and *CLUBCORP CLUBBENEFITS* will be provided as a benefit of my/our membership. $1.25 and $2.00 will be charged to my/our account per month, respectively.

By providing the email address(es), phone numbers(s), and fax number(s) above, I/we hereby give the Club my/our express written permission to contact me/us at each number or address to keep me/us informed about Club events, services and offerings. I/We acknowledge that the Club values my/our right to privacy. I/We understand that I/we can revoke this consent at any time by contacting the Club in writing.

I/We agree the terms and conditions of my/our membership may not be added to, amended, or contradicted in any way by evidence of prior, contemporaneous, or subsequent oral agreements of any kind and acknowledge there are no unwritten oral agreements of any kind.

By signing below, we hereby certify that we hold a marriage license, or a certificate of domestic partnership or civil union, which evidences our existing spousal relationship. If we do not hold one of the above, we acknowledge that the Club requires execution of a separate Spousal Relationship Statement.

I/We authorize Club to check my/our credit and employment history and to obtain such information as Club deems necessary to (accept my/our application and to) extend credit to me/us under my/our membership account at the Club.

_[signature]_                                                                                     6-29-18
Candidate's Signature                                                                       Date

_____                                       _____
Candidate's Signature                                                                       Date

**FOR CLUB USE ONLY**
Date Received: 6/29/18                                   Join Date: 6/29/18
Received By: ████                                         Member Number: F330
Title: Mem Director                                       Loyalty Agreement Term: 12 mos
Member Initiation Fee: $ ███                              Member Initiation Fee: $ ███
Rules & Regulations Received by Member: Yes    Dues Begin On: 7/29/18



# THE GREENS
Golf · Tennis · Swim

## MEMBERSHIP LOYALTY ADDENDUM

In exchange for extension of membership privileges, Applicant(s) hereby agree(s) to and shall pay a nonrefundable Initiation Fee of $ 1,000 ("Initiation Fee"). Applicant(s) agree(s) to and shall satisfy the Initiation Fee according to the terms set forth herein:

1. The Club agrees that Applicant(s) may defer payment of the Initiation Fee for a period of twelve (12) months without interest, finance charges, or other penalty; provided, however, in no event shall payment of the Initiation Fee be deferred beyond the date of resignation from the Club by Applicant(s) or termination of membership privileges by the Club.

2. The Club agrees to and shall waive payment of the Initiation Fee at the end of the 12-month period, provided: (1) Applicant(s) have been in good standing during the 12-month period; and (2) Applicant(s) have paid monthly dues as __Social W/ pool__ Member(s) which currently is the amount of $ 125 , plus taxes, fees and other applicable charges of Applicant(s) Membership Account ("Account") for twelve (12) consecutive months. Applicant understands the Club may increase dues from time to time and if an increase in dues occurs during Applicant's 12-month period, Applicant agrees to pay the increased dues for the balance of Applicant's 12-month period.


EXHIBIT 2

3. In the event Applicant(s) resign prior to paying twelve (12) consecutive months of dues, taxes, fees and other applicable charges, Applicant(s) agree to and shall immediately pay the outstanding number of monthly dues to the Club. Upon such payment, the Club agrees to immediately waive payment of the Initiation Fee. Failure to immediately pay the number of outstanding monthly dues to the Club will result in the Club not waiving payment of the initiation fee and Applicant(s) agree Applicant(s) shall be liable to the Club for payment of the initiation fee and the outstanding number of monthly dues.

4. In the event Applicant(s) membership is terminated by the Club for any reason pursuant to the Club's Bylaws and Rules and Regulations prior to Applicant(s) paying twelve (12) consecutive months of dues, taxes, fees and other applicable charges of the Account, Applicant(s) agree to and shall immediately pay the outstanding number of monthly dues to the Club in addition to taxes, fees and other applicable charges of the Account. Upon such payment, the Club agrees to immediately waive payment of the initiation fee. Failure to immediately pay the outstanding number of monthly dues to the Club in addition to taxes, fees and other applicable charges of the Account will result in the Club not waiving payment of the initiation fee and Applicant(s) agree Applicant(s) shall be liable to the Club for payment of the initiation fee, the outstanding number of monthly dues, taxes, fees and other applicable charges.

5. Applicant(s) understand that the obligation to pay the initiation fee is separate from and in addition to any other obligations Applicant(s) may have to the Club, as set forth in the Club's Bylaws and Rules and Regulations, including the obligation of Applicant(s) to pay monthly dues.

6. Applicant(s) understand that relocation and transfer options, if any, will not be available until the Initiation Fee has been satisfied in full.

Applicant Signature: _Chris Fitzgerald_   Date: _6-29-18_

Spouse Signature: _____   Date: _____



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 06/30/2018 |

| BALANCE DUE |
|---|
| $279.94 |

| AMOUNT PAID |
|---|
|  |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | *Balance Forward* |  |  |  | $0.00 |
|  | *1050* | *Accounts Receivable Members* |  |  |  |  |
| 6/29/18 | 83241 | Pool Beverage Bar | 32.00 | 6.40 | 3.31 | $41.71 |
| 6/29/18 | 83297 | Bar | 5.00 | 1.00 | 1.20 | $7.20 |
| 6/29/18 | 83242 | Bar | 19.00 | 3.80 | 4.14 | $26.94 |
| 6/30/18 | 83672 | Bar | 19.00 | 3.80 | 1.97 | $24.77 |
| 6/30/18 | 83848 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 6/30/18 | 83945 | Grill Dining Room | 10.00 | 2.00 | 2.40 | $14.40 |
| 6/30/18 | 83654 | Pool Beverage Bar | 8.00 | 1.60 | 0.83 | $10.43 |
| 6/30/18 | 83857 | Pool Beverage Bar | 5.00 | 1.00 | 1.20 | $7.20 |
| 6/30/18 | 134488 | Social Pool Dues For Jul | 125.00 | 0.00 | 10.78 | $135.78 |

| MINIMUM | TO DATE | BALANCE | ENDING |  | F0330 | Erin | Fitzgerald |
|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 |  |  | Credit Book Balance | | $0.00 |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|
| $279.94 | $0.00 | $0.00 | $0.00 | $279.94 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!

**EXHIBIT 3**



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 07/31/2018 |

| BALANCE DUE |
|---|
| $1,754.13 |

| AMOUNT PAID |
|---|
|  |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | *Balance Forward* |  |  |  | $279.94 |
|  | 1050 | *Accounts Receivable Members* |  |  |  |  |
| 7/3/18 | 84744 | Bar | 15.00 | 8.00 | 2.92 | $25.92 |
| 7/3/18 | 84882 | Bar | 20.00 | 4.00 | 4.79 | $28.79 |
| 7/3/18 | 84975 | Bar | 13.00 | 2.60 | 3.11 | $18.71 |
| 7/4/18 | 85695 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |
| 7/4/18 | 85648 | Bar | 9.00 | 1.80 | 0.93 | $11.73 |
| 7/4/18 | 86319 | Pool Beverage Bar | 10.00 | 2.00 | 1.04 | $13.04 |
| 7/4/18 | 86356 | Pool Beverage Bar | 3.00 | 0.60 | 0.31 | $3.91 |
| 7/4/18 | 86324 | Bar | 40.00 | 8.00 | 9.54 | $57.54 |
| 7/4/18 | 86227 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 7/6/18 | 87095 | Bar | 19.00 | 3.80 | 3.32 | $26.12 |
| 7/6/18 | 87283 | Pool Beverage Bar | 21.00 | 4.20 | 4.98 | $30.18 |
| 7/6/18 | 87308 | Bar | 15.00 | 3.00 | 3.60 | $21.60 |
| 7/7/18 | 87775 | Bar | 29.00 | 5.80 | 5.17 | $39.97 |
| 7/7/18 | 87866 | Bar | 36.00 | 7.20 | 8.59 | $51.79 |
| 7/7/18 | 88061 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |
| 7/7/18 | 88095 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 7/7/18 | 88073 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 7/10/18 | 89489 | Bar | 18.00 | 3.60 | 1.87 | $23.47 |
| 7/11/18 | 89795 | Bar | 20.00 | 7.00 | 3.43 | $30.43 |
| 7/11/18 | 90002 | Bar | 24.50 | 4.90 | 5.85 | $35.25 |
| 7/11/18 | 90014 | Bar | 17.00 | 8.40 | 3.12 | $28.52 |
| 7/12/18 | 90510 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 7/12/18 | 90347 | Bar | 10.00 | 2.00 | 2.39 | $14.39 |
| 7/13/18 | 90788 | Bar | 43.00 | 8.60 | 8.92 | $60.52 |
| 7/13/18 | 90923 | Pool Beverage Bar | 16.00 | 3.20 | 3.82 | $23.02 |
| 7/14/18 | 91520 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 |  |

F0330   Erin   Fitzgerald
Credit Book Balance   $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|
| $1,609.97 | $144.16 | $0.00 | $0.00 | $1,754.13 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 07/31/2018 |

**BALANCE DUE**
$1,754.13

**AMOUNT PAID**

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 7/14/18 | 91614 | Bar | 10.00 | 2.00 | 2.39 | $14.39 |
| 7/14/18 | 91609 | Bar | 5.00 | 1.00 | 0.52 | $6.52 |
| 7/14/18 | 91768 | Pool Snack Bar | 36.82 | 0.00 | 3.18 | $40.00 |
| 7/14/18 | 91847 | Pool Beverage Bar | 22.50 | 4.50 | 5.37 | $32.37 |
| 7/14/18 | 91676 | Pool Beverage Bar | 20.50 | 4.10 | 4.89 | $29.49 |
| 7/14/18 | 91806 | Pool Beverage Bar | 26.00 | 5.20 | 4.38 | $35.58 |
| 7/17/18 | 147716 | Reverse July Social Pool Dues | -125.00 | 0.00 | -10.78 | -$135.78 |
| 7/17/18 | 93133 | Bar | 68.00 | 13.60 | 14.86 | $96.46 |
| 7/19/18 | 94027 | Pool Beverage Bar | 47.00 | 9.40 | 11.21 | $67.61 |
| 7/21/18 | 94952 | Pool Snack Bar | 6.25 | 1.25 | 0.65 | $8.15 |
| 7/21/18 | 95064 | Pool Beverage Bar | 77.00 | 15.40 | 17.82 | $110.22 |
| 7/22/18 | 96799 | Pool Beverage Bar | 24.00 | 4.80 | 5.73 | $34.53 |
| 7/24/18 | 100287 | Golf Shop | 31.49 | 0.00 | 2.72 | $34.21 |
| 7/24/18 | 100312 | Pool Beverage Bar | 32.00 | 6.40 | 7.64 | $46.04 |
| 7/27/18 | 101749 | Pool Beverage Bar | 36.00 | 7.20 | 8.05 | $51.25 |
| 7/28/18 | 102571 | Bar | 18.00 | 3.60 | 1.87 | $23.47 |
| 7/28/18 | 102566 | Pool Beverage Bar | 54.00 | 10.80 | 12.89 | $77.69 |
| 7/29/18 | 103256 | Pool Beverage Bar | 24.00 | 9.80 | 5.73 | $39.53 |
| 7/31/18 | 103678 | Bar | 17.00 | 3.40 | 2.70 | $23.10 |
| 7/31/18 | 103673 | Pool Beverage Bar | 16.00 | 3.20 | 3.82 | $23.02 |
| 7/31/18 | 160532 | Magazine/Newsletter For Aug | 1.25 | 0.00 | 0.11 | $1.36 |
| 7/31/18 | 160533 | ClubCorp Affiliation Network Fee For Aug | 3.00 | 0.00 | 0.26 | $3.26 |
| 7/31/18 | 160534 | Social Pool Dues For Aug | 125.00 | 0.00 | 10.78 | $135.78 |
| 7/31/18 | 163601 | Late Fee | 25.00 | 0.00 | 0.00 | $25.00 |

Just a friendly reminder!

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | |

F0330   Erin   Fitzgerald

Credit Book Balance  $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| $1,609.97 | $144.16 | $0.00 | $0.00 |

**BALANCE DUE**
$1,754.13

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 07/31/2018 |

| BALANCE DUE |
|---|
| $1,754.13 |

| AMOUNT PAID |
|---|
|  |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | Please pay 30-day balance soon. |  |  |  |  |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 |  |

F0330      Erin      Fitzgerald
Credit Book Balance  $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| $1,609.97 | $144.16 | $0.00 | $0.00 |

| BALANCE DUE |
|---|
| $1,754.13 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 08/31/2018 |

| BALANCE DUE |
|---|
| $3,677.64 |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

| AMOUNT PAID |
|---|
|  |

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | *Balance Forward* |  |  |  | $1,754.13 |
|  | *1050* | *Accounts Receivable Members* |  |  |  |  |
| 8/1/18 | 103990 | Bar | 13.50 | 2.70 | 1.40 | $17.60 |
| 8/1/18 | 104125 | Pool Beverage Bar | 24.00 | 14.80 | 5.73 | $44.53 |
| 8/2/18 | 104694 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 8/2/18 | 104755 | Bar | 13.00 | 2.60 | 3.09 | $18.69 |
| 8/2/18 | 104736 | Bar | 18.00 | 3.60 | 1.86 | $23.46 |
| 8/3/18 | 105143 | Golf Shop | 44.00 | 0.00 | 3.80 | $47.80 |
| 8/3/18 | 105127 | Pool Beverage Bar | 40.00 | 8.00 | 9.55 | $57.55 |
| 8/3/18 | 105043 | Pool Beverage Bar | 11.00 | 2.20 | 1.14 | $14.34 |
| 8/4/18 | 105932 | Golf Shop | 85.00 | 0.00 | 7.33 | $92.33 |
| 8/4/18 | 105909 | Pool Beverage Bar | 8.50 | 1.70 | 2.03 | $12.23 |
| 8/4/18 | 105873 | Pool Beverage Bar | 124.50 | 24.90 | 25.25 | $174.65 |
| 8/4/18 | 105754 | Bar | 74.50 | 14.90 | 12.31 | $101.71 |
| 8/4/18 | 105990 | Pool Beverage Bar | 6.00 | 1.20 | 0.62 | $7.82 |
| 8/5/18 | 106488 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 8/5/18 | 106518 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |
| 8/5/18 | 106522 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 8/5/18 | 106571 | Pool Beverage Bar | 35.00 | 7.00 | 6.87 | $48.87 |
| 8/7/18 | 106897 | Bar | 10.00 | 2.00 | 1.04 | $13.04 |
| 8/8/18 | 108235 | Bar | 40.50 | 8.10 | 7.43 | $56.03 |
| 8/9/18 | 108628 | Pool Beverage Bar | 46.00 | 9.20 | 10.17 | $65.37 |
| 8/10/18 | 109197 | Pool Beverage Bar | 28.00 | 5.60 | 3.98 | $37.58 |
| 8/10/18 | 109194 | Pool Beverage Bar | 52.00 | 10.40 | 12.41 | $74.81 |
| 8/11/18 | 109849 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |
| 8/11/18 | 109881 | Pool Beverage Bar | 31.00 | 6.20 | 3.21 | $40.41 |
| 8/11/18 | 109913 | Bar | 56.00 | 11.20 | 13.36 | $80.56 |
| 8/15/18 | 110776 | Bar | 13.00 | 2.60 | 2.43 | $18.03 |

| MINIMUM | TO DATE | BALANCE | ENDING | F0330 | Erin | Fitzgerald |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 |  |  Credit Book Balance  $0.00 |  |  |

| CURRENT | OVER 30 | OVER 60 | OVER 90 | | BALANCE DUE |
|---|---|---|---|---|---|
| $2,067.67 | $1,609.97 | $0.00 | $0.00 |  | $3,677.64 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 08/31/2018 |

| BALANCE DUE |
|---|
| $3,677.64 |

| AMOUNT PAID |
|---|
|  |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 8/15/18 | 110788 | Pool Beverage Bar | 40.00 | 18.00 | 9.55 | $67.55 |
| 8/17/18 | 111714 | Bar | 28.00 | 5.60 | 5.06 | $38.66 |
| 8/17/18 | 111732 | Pool Beverage Bar | 63.00 | 12.60 | 15.02 | $90.62 |
| 8/18/18 | 112466 | Bar | 19.00 | 3.80 | 3.05 | $25.85 |
| 8/18/18 | 112620 | Pool Snack Bar | 18.41 | 0.00 | 1.59 | $20.00 |
| 8/18/18 | 112605 | Pool Beverage Bar | 13.00 | 2.60 | 3.11 | $18.71 |
| 8/18/18 | 112627 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 8/18/18 | 112720 | Pool Beverage Bar | 16.00 | 3.20 | 3.82 | $23.02 |
| 8/22/18 | 113683 | Bar | 22.00 | 4.40 | 2.28 | $28.68 |
| 8/23/18 | 114081 | Pool Beverage Bar | 27.00 | 5.40 | 4.96 | $37.36 |
| 8/23/18 | 114169 | Pool Beverage Bar | 16.00 | 13.20 | 3.82 | $33.02 |
| 8/24/18 | 114792 | Pool Beverage Bar | 8.00 | 1.60 | 1.91 | $11.51 |
| 8/24/18 | 114530 | Bar | 34.00 | 6.80 | 6.76 | $47.56 |
| 8/25/18 | 115269 | Bar | 27.00 | 5.40 | 4.96 | $37.36 |
| 8/25/18 | 115419 | Pool Beverage Bar | 24.00 | 4.80 | 5.73 | $34.53 |
| 8/26/18 | 115651 | Bar | 24.00 | 4.80 | 4.65 | $33.45 |
| 8/26/18 | 115899 | Pool Beverage Bar | 88.00 | 17.60 | 20.99 | $126.59 |
| 8/27/18 | 1008 | Payment | | | | -$144.16 |
| 8/29/18 | 116591 | Bar | 19.50 | 3.90 | 2.02 | $25.42 |
| 8/30/18 | 117086 | Bar | 27.00 | 5.40 | 4.96 | $37.36 |
| 8/30/18 | 117107 | Pool Beverage Bar | 15.00 | 3.00 | 3.57 | $21.57 |
| 8/31/18 | 117522 | Pool Snack Bar | 9.20 | 0.00 | 0.80 | $10.00 |
| 8/31/18 | 181553 | Magazine/Newsletter For Sep | 1.25 | 0.00 | 0.11 | $1.36 |
| 8/31/18 | 181554 | ClubCorp Affiliation Network Fee For Sep | 3.00 | 0.00 | 0.26 | $3.26 |
| 8/31/18 | 181555 | Social Pool Dues For Sep | 125.00 | 0.00 | 10.78 | $135.78 |
| 8/31/18 | 184601 | Late Fee | 25.00 | 0.00 | 0.00 | $25.00 |

| MINIMUM | TO DATE | BALANCE | ENDING | | | |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | | F0330 | Erin | Fitzgerald |

Credit Book Balance  $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|
| $2,067.67 | $1,609.97 | $0.00 | $0.00 | $3,677.64 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**THE GREENS**
Golf · Tennis · Swim

**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 08/31/2018 |

| BALANCE DUE |
|---|
| $3,677.64 |

| AMOUNT PAID |
|---|
|  |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | Just a friendly reminder! Please pay 30-day balance soon. |  |  |  |  |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 |  |

F0330      Erin      Fitzgerald
Credit Book Balance  $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|
| $2,067.67 | $1,609.97 | $0.00 | $0.00 | $3,677.64 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!



**The Greens Country Club**
13100 Green Valley Drive
Oklahoma City OK 73120
Phone (405) 751-6266

**STATEMENT**

| ACCOUNT NO | STATEMENT DATE |
|---|---|
| F0330 | 09/30/2018 |

| BALANCE DUE |
|---|
| $0.00 |

| AMOUNT PAID |
|---|
| |

Ms. Erin Fitzgerald
2700 NW 62nd
OKC, OK 73112

Please detach and return top portion with payment

| DATE | REFERENCE | DESCRIPTION | AMOUNT | SVC CHG | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | $3,677.64 |
| | 1050 | Accounts Receivable Members | | | | |
| 9/5/18 | 187550 | NSF Check #1008 from 8/24/18 | 144.16 | 0.00 | 0.00 | $144.16 |
| 9/18/18 | 191582 | Sent to Collection-Bruce Klein | -3,821.80 | 0.00 | 0.00 | -$3,821.80 |

| MINIMUM | TO DATE | BALANCE | ENDING |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | |

F0330        Erin        Fitzgerald
Credit Book Balance  $0.00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Remember, payments are due by 20th of the month.
Please see enclosed calendar for fun upcoming events!