## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ERIN LEIGH DOWNUM, | ) | Case No. 18-14916 -SAH |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| THE GREENS COUNTRY CLUB, LLC, | ) | Adv. Pro. No. 19-01020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIN LEIGH FITZGERALD AKA | ) | |
| ERIN LEIGH DOWNUM, | ) | |
| | ) | |
| Defendant. | ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Bankruptcy Rules 1007(1) and Bankruptcy Rule 7007.1, and Local Rule 7007.2,

### THE GREENS COUNTRY CLUB, LLC

\_\_\_\_   Corporate Debtor

**X**   Party to an adversary proceeding

\_\_\_\_   Party to a contested matter

\_\_\_\_   Member of committee of creditors

makes the following disclosure(s)

**All** public entities other than a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the corporation's equity interest are listed below:

       None

1

Dated this 3rd day of April, 2019.

        Respectfully submitted,

        /s/Bruce F. Klein
        Bruce F. Klein, OBA #11389
        BRUCE F. KLEIN, PLLC
        222 N.W. 13th Street
        Oklahoma City, OK  73103
        Phone: (405) 606-4448
        Facsimile: (405) 523-2108
        bruce@bfkleinlaw.com
        ATTORNEY FOR THE GREENS
        COUNTRY CLUB, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of April, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in the above case

        /s/Bruce F. Klein